**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-7434**

_____

CHARLES CLAUDE RAMSEY,

        Petitioner - Appellant,

    v.

KIMBERLY H. RUNION, Director of the Virginia Center for Behavioral
Rehabilitation,

        Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at
Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:11-cv-00396-RBS-FBS)

_____

Submitted:  March 16, 2023                    Decided:  March 21, 2023

_____

Before WILKINSON, AGEE, and HARRIS, Circuit Judges.

_____

Vacated and remanded by unpublished per curiam opinion.

_____

Charles Claude Ramsey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Claude Ramsey seeks to appeal the district court's order denying his self-styled motion to strike, which he filed 10 years after the district court denied relief on his 28 U.S.C. § 2254 petition and closed the case. We construe Ramsey's underlying motion to strike as a second or successive § 2254 petition or, alternatively, a Fed. R. Civ. P. 60(b) motion for reconsideration of the denial of his initial § 2254 petition. Because Ramsey did not obtain prefiling authorization from this court to file such a motion, the district court lacked jurisdiction. *See* 28 U.S.C. § 2244(b)(3)(A); *United States v. McRae*, 793 F.3d 392, 397-400 (4th Cir. 2015). Accordingly, we deny a certificate of appealability as unnecessary, *see Harbison v. Bell*, 556 U.S. 180, 183 (2009), vacate the district court's order, and remand with instructions for the district court to dismiss the motion for lack of jurisdiction. We deny Ramsey's motion to strike filed in this court and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*VACATED AND REMANDED*